OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN: | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & HUD DEVELOPMENT | 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | | 4. ☐ VA | 5. ☐ CONV. INS. | |

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

**SETTLEMENT STATEMENT**

6. FILE NUMBER: 241444.00
7. LOAN NUMBER:
8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.*
*Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

| D. NAME AND ADDRESS OF BUYER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Lori A. Pescatore and<br>John L. Schimmel<br>1047 Links Road<br>Myrtle Beach, SC 29575 | Double J. Farms, LLC<br>4277 Joyner Swamp Road<br>Galivants Ferry, SC 29544 | CASH |

| G. PROPERTY LOCATION:<br>TBD Curve Road<br>Gresham, SC 29546<br>Marion County, South Carolina<br>TMS#1550000011000 &<br>TMS#1550000016000 | H. SETTLEMENT AGENT: 57-0686011<br>Thompson & Henry, P.A.<br><br>PLACE OF SETTLEMENT<br>1300 Second Avenue, 3rd Floor<br>Conway, SC 29526 | I. SETTLEMENT DATE:<br><br>December 12, 2017 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 137,000.00 | 401. Contract Sales Price | 137,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (Line 1400) | 9,260.70 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. County Taxes 12/13/17 to 01/01/18 | 6.33 | 406. County Taxes to | |
| 107. County Taxes 12/13/17 to 01/01/18 | 8.78 | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. refund of plat recording fees | 10.00 | 411. refund of plat recording fees | 10.00 |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BUYER* | 146,285.81 | *420. GROSS AMOUNT DUE TO SELLER* | 137,010.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 14,665.90 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to Arbor One | 122,068.96 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. County Taxes to | | 510. County Taxes 01/01/17 to 12/13/17 | 115.34 |
| 211. County Taxes to | | 511. County Taxes 01/01/17 to 12/13/17 | 159.80 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BUYER* | 1,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 137,010.00 |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Buyer (Line 120) | 146,285.81 | 601. Gross Amount Due To Seller (Line 420) | 137,010.00 |
| 302. Less Amount Paid By/For Buyer (Line 220) | ( 1,000.00) | 602. Less Reductions Due Seller (Line 520) | ( 137,010.00) |
| *303. CASH ( X FROM ) ( TO ) BUYER* | 145,285.81 | *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Buyer _Lori A. Pescatore_
Lori A. Pescatore

Seller Double J. Farms, LLC

BY:_____

## L. SETTLEMENT CHARGES

| | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 137,000.00 @ 10.0000 % 13,700.00 | | | |
| *Division of Commission (line 700) as Follows:* | | | |
| 701. $ 6,850.00 to Burrough & Company, LLC | | | |
| 702. $ 6,850.00 to Century 21 McAlpine | | | |
| 703. Commission Paid at Settlement | | | |
| 704. to | | | 13,700.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee to | | | |
| 806. Mortgage Ins. App. Fee to | | | |
| 807. Assumption Fee to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From to @ $ /day ( days %) | | | |
| 902. MIP Totlns. for LifeOfLoan for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance months @ $ per month | | | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. County Taxes months @ $ per month | | | |
| 1004. County Taxes months @ $ per month | | | |
| 1005. Assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. months @ $ per month | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to | | | |
| 1102. Abstract or Title Search to TA Title Services | | 358.00 | |
| 1103. Fedex Overnight to Thompson & Henry, P.A. | | 35.00 | 35.00 |
| 1104. Title Insurance Binder to T & H Title Agency, Inc. | | 125.00 | |
| 1105. File Storage Fee to Stevens & Stevens | | 35.00 | |
| 1106. Administrative Fee to Thompson & Henry, P.A. | | 50.00 | |
| 1107. Attorney's Fees to Thompson & Henry, P.A. | | 750.00 | |
| *(includes above item numbers:* ) | | | |
| 1108. Title Insurance to | | 407.70 | |
| $163.08 to Chicago Title Insurance Company-SC2271, $244.62 to T & H Title Agency | | | |
| *(includes above item numbers:* ) | | | |
| 1109. Lender's Coverage $ | | | |
| 1110. Owner's Coverage $ 137,000.00 407.70 | | | |
| 1111. Attorney Fee to Hedgepath Law Firm | | | 350.00 |
| 1112. Administrative Fee to Hedgepath Law Firm | | | 50.00 |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ 10.00; Mortgage $ Releases $ | | | 10.00 |
| 1202. City/County Tax/Stamps: Deed Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps 506.90; Mortgage | | | 506.90 |
| 1204. Plat recording Marion County Register of Deeds $10.00 POC | | | |
| 1205. Partial Releases (2) to Marion County Register of Deeds $7.00 each | | | 14.00 |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to Crescent Moon Land Surveying, Inc. | | 7,500.00 | |
| 1302. Pest Inspection to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 9,260.70 | 14,665.90 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Thompson & Henry, P.A., Settlement Agent

Certified to be a true copy.

OMB NO. 2502-0265

| A. | | | B. TYPE OF LOAN: | | |
|---|---|---|---|---|---|
| **U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT** | 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
| | 6. FILE NUMBER: 241444.00 | | 7. LOAN NUMBER: | | |
| **SETTLEMENT STATEMENT** | 8. MORTGAGE INS CASE NUMBER: | | | | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

| D. NAME AND ADDRESS OF BUYER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Lori A. Pescatore and<br>John L. Schimmel<br>1047 Links Road<br>Myrtle Beach, SC 29575 | Double J. Farms, LLC<br>4277 Joyner Swamp Road<br>Galivants Ferry, SC 29544 | CASH |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: 57-0686011 | I. SETTLEMENT DATE: |
|---|---|---|
| TBD Curve Road<br>Gresham, SC 29546<br>Marion County, South Carolina<br>TMS#1550000011000 &<br>TMS#1550000016000 | Thompson & Henry, P.A.<br><br>PLACE OF SETTLEMENT<br>1300 Second Avenue, 3rd Floor<br>Conway, SC 29526 | December 12, 2017 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 137,000.00 | 401. Contract Sales Price | 137,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (Line 1400) | 9,260.70 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. County Taxes 12/13/17 to 01/01/18 | 6.33 | 406. County Taxes to | |
| 107. County Taxes 12/13/17 to 01/01/18 | 8.78 | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. refund of plat recording fees | 10.00 | 411. refund of plat recording fees | 10.00 |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | 146,285.81 | **420. GROSS AMOUNT DUE TO SELLER** | 137,010.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 14,665.90 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to Arbor One | 122,068.96 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. County Taxes to | | 510. County Taxes 01/01/17 to 12/13/17 | 115.34 |
| 211. County Taxes to | | 511. County Taxes 01/01/17 to 12/13/17 | 159.80 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | 1,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 137,010.00 |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Buyer (Line 120) | 146,285.81 | 601. Gross Amount Due To Seller (Line 420) | 137,010.00 |
| 302. Less Amount Paid By/For Buyer (Line 220) | ( 1,000.00) | 602. Less Reductions Due Seller (Line 520) | ( 137,010.00) |
| **303. CASH ( X FROM ) ( TO ) BUYER** | 145,285.81 | **603. CASH ( TO ) ( FROM ) SELLER** | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Buyer _____
Lori A. Pescatore

_____
John L. Schimmel

Seller Double J. Farms, LLC
BY: _____

## L. SETTLEMENT CHARGES

| | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 137,000.00 @ 10.0000 % 13,700.00 | | |
| Division of Commission (line 700) as Follows: | | |
| 701. $ 6,850.00 to Burrough & Company, LLC | | |
| 702. $ 6,850.00 to Century 21 McAlpine | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | 13,700.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Ins. App. Fee to | | |
| 807. Assumption Fee to | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From to @ $ /day ( days %) | | |
| 902. MIP Tollns. for LifeOfLoan for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. County Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to | | |
| 1102. Abstract or Title Search to TA Title Services | 358.00 | |
| 1103. Fedex Overnight to Thompson & Henry, P.A. | 35.00 | 35.00 |
| 1104. Title Insurance Binder to T & H Title Agency, Inc. | 125.00 | |
| 1105. File Storage Fee to Stevens & Stevens | 35.00 | |
| 1106. Administrative Fee to Thompson & Henry, P.A. | 50.00 | |
| 1107. Attorney's Fees to Thompson & Henry, P.A. | 750.00 | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to | 407.70 | |
| $163.08 to Chicago Title Insurance Company-SC2271, $244.62 to T & H Title Agency | | |
| (includes above item numbers: ) | | |
| 1109. Lender's Coverage $ | | |
| 1110. Owner's Coverage $ 137,000.00 407.70 | | |
| 1111. Attorney Fee to Hedgepath Law Firm | | 350.00 |
| 1112. Administrative Fee to Hedgepath Law Firm | | 50.00 |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ 10.00 ; Mortgage $ ; Releases $ | | 10.00 |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps 506.90; Mortgage | | 506.90 |
| 1204. Plat recording Marion County Register of Deeds $10.00 POC | | |
| 1205. Partial Releases (2) to Marion County Register of Deeds $7.00 each | | 14.00 |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to Crescent Moon Land Surveying, Inc. | 7,500.00 | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 9,260.70 | 14,665.90 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Thompson & Henry, P.A., Settlement Agent

Certified to be a true copy.