UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Connie Lynette Hardwick<br><br>Double J Farms, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 17-01130-JW<br><br>CASE NO: 17-01132-JW<br><br>Ballot for Accepting or Rejecting Plan |

Connie Lynette Hardwick filed a plan of reorganization dated October 4, 2017 and amended on 11/21/2017 in this case, *and last further amended on January 3, 2018.* The court has approved a disclosure statement (either conditionally or after notice and upon hearing) with respect to the plan. The disclosure statement provides information to assist you in deciding how to vote your ballot. If you do not have a disclosure statement, you may obtain a copy from the proponent of the plan whose name and address is shown on the order setting confirmation hearing. Court approval of the disclosure statement does not indicate approval of the plan by the court. The plan referred to in this ballot can be confirmed by the court only if two-thirds in amount and more than one-half in number of creditors in each class and at least two-thirds in amount of each class of interests voting on the plan, accept the plan.

You should review the disclosure statement and plan before you vote. You may wish to seek legal advice concerning the plan and your classification and treatment under the plan. Your claim or equity interest has been placed in a specific class under the plan. If you hold claims or equity interests in more than one class, the proponent should provide you with a ballot for each class in which you are entitled to vote.

Return this ballot on or before January 17, 2018 to the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201-2423 and serve a copy on the proponent of the plan shown on the order setting confirmation hearing. Ballots accepting or rejecting the plan shall be counted only if received by the United States Bankruptcy Court on or before January 17, 2018. If your ballot is not received by the United States Bankruptcy Court by the deadline, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan. If the plan is confirmed by the court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN[1]
*(Fill in A, B, or C; if creditor has a claim in more than 1 area file a separate ballot for each claim)*

A.      The undersigned voter is the holder of a SECURED, PRIORITY, OR UNSECURED NONPRIORITY CLAIM, and has a claim against the debtor in the unpaid amount of $ __1,291,522.50 (as of 12/21/17)__
THE VOTER IS A __Class 1__ CLASS OF CREDITOR AND ( ✓ ) ACCEPTS THE PLAN OR ( ) REJECTS THE PLAN

OR

B.      The undersigned voter is the holder of a BOND, DEBENTURE, OR OTHER DEBT SECURITY, and has a claim against the debtor in the amount of $_____(principal amount).  The

---

[1] *Failure to provide complete information in the applicable section may result in the court being unable to classify and count this ballot.*

*undersigned should describe the bond, debenture or other debt security, and for purposes of this ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.*
THE VOTER IS A _____ CLASS OF CREDITOR AND ( ) ACCEPTS THE PLAN OR ( ) REJECTS THE PLAN

OR

C.    *The undersigned voter is the holder of an EQUITY INTEREST, and has _____ shares or other interests of (describe equity interest:_____) in the debtor.*
THE VOTER IS A _____ CLASS OF CREDITOR AND ( ) ACCEPTS THE PLAN OR ( ) REJECTS THE PLAN

Dated: January 5, 2018

ArborOne, ACA
Print or type name of creditor

Julio E Mendoza    ID No. 3365
Signature
Attorney for ArborOne, ACA
Title (if corporation or partnership)
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Address

803-540-2026
rmendoza@nexsenpruet.com